for petitioner. *Solicitor General Soboloff, Assistant Attorney General Townsend, James D. Hill* and *George B. Searls* for respondent.

No. 88. NEWMAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *T. Reuben Burnside* for petitioner. *Solicitor General Soboloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Isabelle Cappello* for the United States.

No. 89. INTERNATIONAL ASSOCIATION OF MACHINISTS ET AL. *v.* FRIEDMAN. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Clarence M. Mulholland* and *Edward J. Hickey, Jr.* for petitioners. *Victor B. Harris* and *Seymour Krieger* for respondent.

No. 90. TALACHE MINES, INC. *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied. *W. H. Langroise* for petitioner. *Solicitor General Soboloff, Assistant Attorney General Holland, Ellis N. Slack* and *Melva M. Graney* for respondents.

No. 93. BUSSOZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Robert H. Shutan* for petitioner. *Solicitor General Soboloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 96. ESSO SHIPPING CO. *v.* COMPANIA DE MADERAS DE CAIBARIEN, S. A. C. A. 5th Cir. Certiorari denied. *Joseph M. Rault* and *Walter Carroll* for petitioner.

No. 97. DEMELLE, DOING BUSINESS AS CURLEY'S TRANSPORTATION CO., *v.* INTERSTATE COMMERCE COMMIS-

SION. C. A. 1st Cir. Certiorari denied. *Harry C. Ames, Jr.* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Barnes, Daniel M. Friedman* and *Samuel R. Howell* for respondent.


No. 98. WALSH, U. S. DISTRICT JUDGE, ET AL. *v.* LYONS ET AL., DOING BUSINESS AS LYONS ELECTRICAL DISTRIBUTING CO. C. A. 2d Cir. Certiorari denied. *Albert R. Connelly* for petitioners. *Copal Mintz* for respondents.


No. 101. SOC. ARMADORA DEL NORTE *v.* LAHDE. C. A. 9th Cir. Certiorari denied. *Charles B. Howard* and *Lane Summers* for petitioner. *Oscar A. Zabel* for respondent.

No. 103. GARIEPY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *William E. Leahy* for petitioner. *Solicitor General Sobeloff* and *Assistant Attorney General Holland* for the United States.


No. 104. MCFEE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Elden McFarland* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack, Joseph M. Howard* and *Dickinson Thatcher* for the United States.


No. 106. LEIGHTON *v.* SECURITIES & EXCHANGE COMMISSION. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Sobeloff, William H. Timbers* and *Alexander Cohen* for respondent.